UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HUANPING ZHANG,<br><br>          Petitioner,<br><br>     v.<br><br>FERETI SEMAIA, et al.,<br><br>          Respondents. | Case No. 5:26-cv-01231-ODW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Order Granting TRO ordering Respondents to provide Petitioner an individualized bond hearing before an immigration judge (Dkt. 9); the Order Denying Preliminary Injunction as Moot due to the bond hearing provided to Petitioner; Respondents' Answer to the Petition (Dkt. 14); the Report and Recommendation of the magistrate judge (Dkt. 16, "Report"); and Petitioner's Objections to the Report (Dkt. 17). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the action without prejudice.

Dated: May 12, 2026

_____

OTIS D. WRIGHT, II
United States District Judge

2