UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| HUANPING ZHANG, | ) | Case No. 5:26-cv-01231-ODW-JDE |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| FERETI SEMAIA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: May 12, 2026

_____

OTIS D. WRIGHT, II
United States District Judge